

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2011

# Animal Science Prod Inc v. China Minmetals Materials Impo

Precedential or Non-Precedential: Precedential

Docket No. 10-2288

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Animal Science Prod Inc v. China Minmetals Materials Impo" (2011). *2011 Decisions.* Paper 293.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/293

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 10-2288
_____

ANIMAL SCIENCE PRODUCTS, INC.,

Appellant

v.

CHINA MINMETALS CORPORATION; CHINA NATIONAL CO, LTD.;  XIYANG GROUP; XIYANG (PACIFIC) IMPORT & EXPORT LTD. COMPANY;  XIYANG REFRACTORY MATERIALS LTD COMPANY; XIYANG FIREPROOF MATERIALS LTD  COMPANY; SINOSTEEL CORPORATION; SINOSTEEL TRADING COMPANY; LIAONING JIAYI METALS & MINERALS CO., LTD; LIAONING FOREIGN TRADE GENERAL CORPORATION; LIAONING JINDING MAGNESITE GROUP; DALIAN GOLDEN SUN IMPORT  & EXPORT CORP.; HAICHENG HOUYING CORP. LTD; HAICHENG HUAYU GROUP IMPORT & EXPORT CO. LTD. (HUAZIYU); HAICHENG PAILOU MAGNESITE ORE CO. LTD.; YINGKOU HUACHEN (GROUP) CO LTD

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

District Court Judge:  Honorable Garrett E. Brown, Jr.
(D.C.  No. 05-cv-04376)
_____

Argued:  January 24, 2011

Before:  FUENTES and CHAGARES, Circuit Judges,  and
POLLAK, District Judge*


* The Honorable Louis A. Pollak, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

(Opinion Filed:  August 17, 2011)

_____

ORDER AMENDING OPINION

.                        _____



        The opinion in the above case is hereby amended as follows:  on page 4, second paragraph, third line from the bottom, "the Clayton Act," is deleted.

BY THE COURT:


/s/ Michael A. Chagares
Circuit Judge


DATED: October 7, 2011
tmk/cc: Richard E. Donovan, Esq.
        William Isaacson, Esq.
         Robert A. Magnanini, Esq.
         David S. Stone, Esq.
         Amy W. Wagner, Esq.
         Robert J. Del Tufo, Esq.
         Shepard Goldfein, Esq.
         Michael L. Weiner, Esq.
         Mark Baghdassarian, Esq.
         Jonathan Caplan, Esq.
         Leda Dunn-Wettre, Esq.